|    |    |
|----|----|
| 1  | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2  |    |
| 3  | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4  | GEORGE O. HAGEMAN (CABN 332457)<br>Assistant United States Attorney |
| 5  |    |
| 6  | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6511 |
| 7  | Fax: (415) 436-7234<br>George.Hageman@usdoj.gov |
| 8  |    |
| 9  | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 3:22-CR-00419-JD |
|---|---|
| Plaintiff, | ) REQUEST FOR CONTINUANCE AND<br>) STIPULATION TO EXCLUDE TIME FROM |
| v. | ) AUGUST 14, 2023 TO SEPTEMBER 11, 2023 AND<br>) [PROPOSED] ORDER |
| BRANDON J. ELDER, | ) |
| Defendant. | ) |

Defendant Brandon J. Elder was scheduled to appear for a change of plea / trial setting on August 14, 2023, at 10:30 A.M. Mr. Elder, through no fault of his own, was not brought to the courthouse on August 14 and the hearing could not proceed as scheduled.

The parties therefore jointly request a continuance in the above-captioned matter to September 11, 2023, which (in accordance with the Court's prior instructions) will be either a change of plea or a trial setting. The parties stipulate and request that time be excluded under the Speedy Trial Act from August 14, 2023, to September 11, 2023. Time has already been excluded through August 14. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv) for the effective preparation of counsel, taking into account the exercise of due diligence, as the defense continues to review the discovery provided by the United States and conduct its own investigation. An exclusion is also appropriate under

REQUEST FOR CONTINUANCE, STIPULATION TO EXCLUDE TIME, [PROPOSED] ORDER
Case No. 3:22-CR-00419-JD

18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by the granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 14, 2023

/s/
GEORGE O. HAGEMAN
Assistant United States Attorney

DATED: August 14, 2023

/s/
KARTHIK RAJU
Counsel for Defendant Brandon J. Elder

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the change of plea / trial setting hearing to September 11, 2023.

The Court also finds that failing to exclude the time from August 14, 2023, through September 11, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 14, 2023, to September 11, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 14, 2023, through September 11, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 21, 2023

HON. JAMES DONATO
United States District Judge

REQUEST FOR CONTINUANCE, STIPULATION TO EXCLUDE TIME, [PROPOSED] ORDER
Case No. 3:22-CR-00419-JD